No. 355.  LITTELL v. NAKAI.  C. A. 9th Cir.  The Solicitor General is invited to file a brief expressing the views of the United States.

No. 308, Misc.  PLUNKETT v. LANE, WARDEN.  Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 177, Misc.  LANGSTON v. KEARNEY, WARDEN;

No. 179, Misc.  HENDERSON v. MAXWELL, WARDEN;

No. 195, Misc.  BROWN v. FLORIDA;

No. 204, Misc.  HUFFMAN v. MARONEY, CORRECTIONAL SUPERINTENDENT;

No. 245, Misc.  MARTINEZ v. WILSON, WARDEN, ET AL.;

No. 306, Misc.  CRUZ v. BETO, CORRECTIONS DIRECTOR;

No. 309, Misc.  SMITH v. CALIFORNIA ET AL.;

No. 329, Misc.  JAMISON v. KEARNEY, WARDEN;

No. 330, Misc.  PARKER v. MAXWELL, WARDEN;

No. 349, Misc.  HAYES v. PATE, WARDEN;

No. 391, Misc.  BEY v. ANDERSON, JAIL SUPERIN-TENDENT;

No. 393, Misc.  MITCHELL v. FLORIDA;

No. 440, Misc.  SCHACK v. FLORIDA ET AL.;

No. 447, Misc.  ARCHIE v. NEW MEXICO;

No. 450, Misc.  DANGLER v. WAINWRIGHT, CORRECTIONS DIRECTOR, ET AL.; and

No. 532, Misc.  CLINE v. DUNBAR.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 22, Misc.  DAVIS v. BETO, CORRECTIONS DIRECTOR.  Motion for leave to file petition for writ of habeas corpus denied.  Petitioner *pro se*.  *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *Stanton Stone*, Executive Assistant Attorney General, and *Howard M. Fender*, Assistant Attorney General, for respondent.